# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

Case No. 6D2025-0420
Lower Tribunal No. 2020-CP-002439

———————————————————

ROSS PLAETZER, CHRIS LEVINE, EMPLOYER SOLUTIONS STAFFING GROUP IV, LLC, EMPLOYER SOLUTIONS STAFFING GROUP II, LLC, EMPLOYER SOLUTIONS STAFFING GROUP, LLC, and EMPLOYER SOLUTIONS GROUP, LLC,

Appellants,

v.

SHANNON PETERSON, as Personal Representative of the ESTATE OF DARRYL JON PETERSON,

Appellee.

———————————————————

Appeal from the Circuit Court for Collier County.
John McGowan, Judge.

February 17, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and KAMOUTSAS, JJ., concur.


Meghan O. Serrano, of Shumaker, Loop & Kendrick, LLP, Sarasota, for Appellants.

Stephen C. Schahrer, of Boatman Ricci, Naples, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED